UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> SAMUEL CRUZ ALVARADO, </br></br> Defendant | Criminal No.  25cr10214 </br></br> Violation: </br></br> Count One: Unlawful Reentry of Deported Alien </br> (8 U.S.C. § 1326(a)) |

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326(a))

The Grand Jury charges:

On or about September 20, 2024, in Waltham, Massachusetts, in the District of Massachusetts, the defendant,

SAMUEL CRUZ ALVARADO,

being an alien and having been excluded, removed, and deported from the United States on or about November 26, 2012, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Sections 202(3) and (4), and 557.

1

A TRUE BILL

_____
FOREPERSON

_____
ALLEGRA FLAMM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: June 3, 2025
Returned into the District Court by the Grand Jurors and filed.

_____
Aaron Hutchins
DEPUTY CLERK