UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | No. 25-cr-10214-RGS |
| SAMUEL CRUZ ALVARADO, | |
| Defendant. | |

## NOTICE OF SENTENCING RECOMMENDATION

The United States of America hereby notifies the Court that, in the above-captioned case, the government joins Defendant's recommendation of a time served sentence of incarceration with no fine, as set out in Defendant's Sentencing Memorandum. Dkt. 21. However, the government will also recommend 12 months of supervised release.  The government believes that this sentence is sufficient, but not greater than necessary, to comply with the purposes of sentencing set forth in 18 U.S.C. § 3553(a)(2).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ Allegra K. Flamm
Allegra K. Flamm
Assistant U.S. Attorney

Date:  September 18, 2025

## <u>CERTIFICATE OF SERVICE</u>

The government hereby certifies that the foregoing was this day filed though ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

*/s/ Allegra K. Flamm*
Allegra K. Flamm
Assistant U.S. Attorney
